

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

## O R D E R

     Appellee Lisa A. Watkins has filed a notice stating that she filed for relief under the United States Bankruptcy Code on September 29, 2015. The notice states that the bankruptcy proceeding is pending in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division, under Case No. 15-203720C013, styled *In re: Lisa Ann Watkins*. Accordingly, the appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

     It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court